**Order entered March 18, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00051-CR

### FRANCISCO JAVIER ROSALES SANTAMARIA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-72122-U**

### ORDER

Before the Court is court reporter Sasha Brooks's March 13, 2020 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due by April 20, 2020.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE